UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Natalie RAJIC,<br>Plaintiff/Debtor,<br>v.<br>Vlad KROUTIK, et al.,<br>Defendants. | Case No.: 26-cv-4101-AGS-SBC<br>**ORDER CLOSING DOCKET** |

By November 6, 2026, plaintiff was ordered to "(1) pay the filing fee, or (2) request waiver of the filing fee again and file an amended motion to withdraw the bankruptcy-judge reference (that addresses the deficiencies the Court [previously] identified), or (3) show cause in writing why this case should not be dismissed for failure to pay the filing fee and for failure to prosecute." (ECF 20.) Plaintiff was also cautioned that failure "to timely comply with this order will result in dismissal of this case." (*Id.*)

That deadline passed a few days ago, and plaintiff has not taken any of those steps. Instead, she filed over 70 pages of unrelated documents that do not address her failure to pay the filing fee, nor seek a waiver of that fee. (ECF 21; ECF 21-1.) In short, the filing fee has not been paid, and nothing in the record excuses the failure to pay it. Under these circumstances, as the Court previously warned, the proceedings to withdraw the Bankruptcy Court reference are now over. Plaintiff must proceed with this case, if at all, in Bankruptcy Court. The Clerk must close the docket of these proceedings before the district judge, case number 26-cv-4101-AGS-SBC.

Dated: November 9, 2026

Hon. Andrew G. Schopler
United States District Judge